UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20570-CR-
Cooke

UNITED STATES OF AMERICA
Plaintiff,

vs.

Alcides Garcia
Defendant.
_____/

## ORDER ON NEBBIA CONDITION

This matter is before this Court for consideration of
satisfaction of Nebbia requirement as a condition of bond. ~~The
Government has indicated that it has no objections to the Nebbia
Proffer as submitted.~~ This Court has considered the Nebbia Proffer
by the defendant. After being otherwise fully advised in the
premises, it is hereby,

ORDERED AND ADJUDGED that the defendant's Nebbia Proffer is
approved. The Nebbia condition has been satisfied.

DONE AND ORDERED this 15th day of July, 2008, at Miami,
Florida.

U. S. MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

cc:   Hon.
      AUSA
      Defense
      U. S. Pretrial Services Office
      U. S. Marshal Service